**KAZEROUNI LAW GROUP, APC**
David J. McGlothlin, Esq. (SBN: 253265)
david@kazlg.com
Mona Amini, Esq. (SBN: 296829)
mona@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff,*
Samantha McLaughlin

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMANTHA MCLAUGHLIN,<br><br>  Plaintiff,<br><br>vs.<br><br>SPIRE RECOVERY SOLUTIONS, LLC,<br><br>  Defendant. | Case No.: 1:21-cv-03194-RMI<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT SOUTHWEST RECOVERY SERVICES, LLC WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)** |

///
///
///
///
///
///
///
///

**TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Samantha McLaughlin ("Plaintiff"), through her attorneys of record, hereby provides notice of Plaintiff's dismissal of Defendant Southwest Recovery Services, LLC ("Defendant") from this action without prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(1). Each party shall bear its own attorney's fees and costs.

Dated: June 1, 2021                              Respectfully submitted,

                                                **KAZEROUNI LAW GROUP, APC**

                                          By: _s/Mona Amini_
                                                  MONA AMINI, ESQ.
                                                  *Attorney for Plaintiff*

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Kazerouni Law Group, APC, 245 Fischer Avenue, Unit D1, Costa Mesa, CA 92626. On June 1, 2021 I served the within document(s):

- **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT SOUTHWEST RECOVERY SERVICES, LLC WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)**

☒   CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on June 1, 2021 at Costa Mesa, California.

              /s/ Mona Amini
              MONA AMINI, ESQ.