1  **KAZEROUNI LAW GROUP, APC**
   David J. McGlothlin, Esq. (SBN: 253265)
2  david@kazlg.com
   Mona Amini, Esq. (SBN: 296829)
3  mona@kazlg.com
   245 Fischer Avenue, Unit D1
4  Costa Mesa, California 92626
   Telephone: (800) 400-6808
5  Facsimile:  (800) 520-5523

6  *Attorneys for Plaintiff,*
   Samantha McLaughlin
7

8              **UNITED STATES DISTRICT COURT**
9            **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 10  **SAMANTHA MCLAUGHLIN,** | Case No.:  1:21-cv-03194-RMI |
| 11 | |
| 12              Plaintiff, | **NOTICE OF SETTLEMENT** |
| 13       vs. | |
| 14  **SPIRE RECOVERY SOLUTIONS, LLC,** | |
| 15 | |
| 16              Defendant. | |

21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

**TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that this action has settled between Plaintiff Samantha McLaughlin ("Plaintiff") and Defendant Spire Recovery Solutions, LLC ("Defendant") (collectively the "Parties"). Plaintiff respectfully requests that this Honorable Court vacate all pending hearing dates and allow thirty (30) days within which to file dispositional papers. The Parties anticipate that the settlement will be consummated and a Notice of Dismissal will be forthcoming within this timeframe. This Court shall retain jurisdiction over this action and the settlement until fully resolved.

Dated: June 21, 2021                    Respectfully submitted,

                                                    **KAZEROUNI LAW GROUP, APC**

                                        By:  *s/Mona Amini*
                                                  MONA AMINI, ESQ.
                                                  *Attorney for Plaintiff*

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Kazerouni Law Group, APC, 245 Fischer Avenue, Unit D1, Costa Mesa, CA 92626. On June 21, 2021 I served the within document(s):

- **NOTICE OF SETTLEMENT**

☒ CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on June 21, 2021 at Costa Mesa, California.

        /s/ Mona Amini
        MONA AMINI, ESQ.