**KAZEROUNI LAW GROUP, APC**
David J. McGlothlin, Esq. (SBN: 253265)
david@kazlg.com
Mona Amini, Esq. (SBN: 296829)
mona@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523

*Attorneys for Plaintiff,*
Samantha McLaughlin

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SAMANTHA MCLAUGHLIN,**<br><br>         Plaintiff,<br><br>   vs.<br><br>**SPIRE RECOVERY SOLUTIONS, LLC,**<br><br>         Defendant. | Case No.:  1:21-cv-03194-RMI<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION PURSUANT TO F.R.C.P. 41(A)** |

///

///

///

///

///

///

///

///

**TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Samantha McLaughlin ("Plaintiff"), through her attorneys of record, hereby provides notice of Plaintiff's dismissal of this action with prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(1). Each party shall bear its own attorney's fees and costs.

Dated: July 7, 2021                    Respectfully submitted,

                                       **KAZEROUNI LAW GROUP, APC**


                                       By: *s/Mona Amini*
                                           MONA AMINI, ESQ.
                                           *Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

2

3      I am a resident of the State of California, over the age of eighteen years, and
not a party to the within action.  My business address is Kazerouni Law Group, APC,
4      245 Fischer Avenue, Unit D1, Costa Mesa, CA 92626. On July 7, 2021 I served the
within document(s):

5

6  • **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ACTION
    PURSUANT TO F.R.C.P. 41(a)**

7

8      ☒      CM/ECF - by transmitting electronically the document(s) listed above to
the electronic case filing system on this date before 11:59 p.m.   The
9      Court's CM/ECF system sends an e-mail notification of the filing to the
parties and counsel of record who are registered with the Court's
10      CM/ECF system.

11

12      I declare under penalty of perjury under the laws of the State of California that
the above is true and correct.  Executed on July 7, 2021 at Costa Mesa, California.

13

14                                                    /s/ Mona Amini

15                                              MONA AMINI, ESQ.

16

17

18

19

20

21

22

23

24

25

26

27

28